

FILED 'N COURT OF APPEALS
12th Court of Appeals District

OCT 05 2015

TYLER TEXAS
PAM ESTES, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/2/2015**                                                    **COA No. 12-14-00172-CR**
**HAYLES, ATHELSTON**      **Tr. Ct. No. 007-1539-07**           **PD-1043-15**
The appellant's pro se petition for discretionary review has this day been received
and filed.

                                                                Abel Acosta, Clerk

                    12TH COURT OF APPEALS  CLERK
                    CATHY LUSK
                    1517 W. FRONT, ROOM 354
                    TYLER, TX  75701
                    * DELIVERED VIA E-MAIL *